# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BERTHA WASHINGTON,  )<br>  )<br>       Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>SANOFI-AVENTIS U.S. LLC, et al.,  )<br>  )<br>       Defendants.  ) | Case No. 3:23-cv-00681-ECM-JTA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Bertha Washington and Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc. (formerly known as Sanofi-Aventis U.S. Inc.), hereby stipulate to the dismissal of this action with prejudice with each party to bear its own attorney's fees and costs.

Dated: February 5, 2025

Respectfully submitted,

*/s/ David Francis Miceli* (with permission)
David Francis Miceli
Milberg Coleman Bryson Phillips Grossman
P.O. Box 2519
Carrollton, GA 30112
404-915-8886
Email: dmiceli@milberg.com

/s/ *Christopher C. Yearout*
Christopher C. Yearout (asb-8053-S82Y)
W. McKinley Dunn (asb-1762-B59R)
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
205-581-1529 Phone
205-581-0799 Fax
cyearout@lightfootlaw.com
mdunn@lightfootlaw.com

*Attorneys for Plaintiff*

*Attorneys for Defendants sanofi-aventis U.S. LLC and Sanofi US Services Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 5, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

David Francis Miceli
Milberg Coleman Bryson Phillips Grossman
P.O. Box 2519
Carrollton, GA 30112
404-915-8886
Email: dmiceli@milberg.com

                /s/ *Christopher C. Yearout*
                Christopher C. Yearout