IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BERTHA WASHINGTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. 3:23-cv-681-ECM ) |
| SANOFI-AVENTIS U.S. LLC, *et al.*, | ) ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the parties' joint stipulation of dismissal (doc. 25), filed on February 5, 2025, which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been DISMISSED with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 6th day of February, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE